McGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00075-DAD-BAM |
|---|---|
| Plaintiff, | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| v. | |
| EDGAR HERNANDEZ, | |
| Defendant. | |

On September 3, 2019, defendant Edgar Hernandez entered a guilty plea to Count Three – Possession With the Intent to Distribute Narcotics in violation of 21 U.S.C. § 841, and Count Four – Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A) of the Indictment.

As part of his plea agreement with the United States, defendant Edgar Hernandez agreed to forfeit voluntarily and immediately an amount up to the sum paid to defendant Edgar Hernandez for the drug transactions identified in Counts One and Two of the Indictment, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects the proceeds the defendant obtained as a result of violations of 21 U.S.C. § 841, to which he has pled guilty. See Defendant Hernandez's Plea Agreement ¶ II.E. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 21 U.S.C. § 853(a), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Edgar Hernandez in the amount of $1,700.

1

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Edgar Hernandez's conviction for violating 21 U.S.C. § 841 (Count Three). Said amount reflects an amount for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

DATED: October 7, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant U.S. Attorney

## **ORDER**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Edgar Hernandez in the amount of $1,700. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated: **October 8, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE