MCGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00075-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| v. | |
| EDGAR HERNANDEZ, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant, EDGAR HERNANDEZ, by and through his counsel, hereby agree and stipulate to continue the sentencing hearing in this matter, which is currently set for December 2, 2019. In support thereof, the parties stipulate that:

1. Sentencing in this matter is currently set for December 2, 2019.

2. The Presentence Investigation Report (PSR) was issued and filed with the Court on November 12, 2019. Defense counsel requires additional time to review the PSR, obtain documents to support a sentencing recommendation, and prepare a sentencing memorandum for the Court's consideration.

3. For the foregoing reasons, the parties agree to continue sentencing until January 21, 2020 at 10 am.

IT IS SO STIPULATED.

1

Dated:  November 25, 2019                          MCGREGOR W. SCOTT
                                                   United States Attorney


                                           By:  /s/ THOMAS NEWMAN
                                                   THOMAS NEWMAN
                                                   Assistant United States Attorney


Dated: November 25, 2019                        /s/ Monica Bermudez
                                                   MONICA BERMUDEZ
                                                   Attorney for Defendant
                                                   EDGAR HERNANDEZ


                                      **O R D E R**

        Good cause appearing, the sentencing hearing as to the above-named defendant currently

scheduled for December 2, 2019, is continued to January 21, 2020, at 10 am.

IT IS SO ORDERED.

        Dated:   **November 25, 2019**          _____
                                                   UNITED STATES DISTRICT JUDGE