MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Edgar Hernandez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>EDGAR HERNANDEZ,<br><br>                        Defendant. | CASE NO. 1:19-CR-00075 DAD<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER<br><br>DATE: March 2, 2020<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

COMES NOW, Defendant, EDGAR HERNANDEZ, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record THOMAS NEWMAN, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 21, 2020.

2. By this stipulation, defendants now move to continue the sentencing hearing to **March 2, 2020 at 10:00 a.m.** before the Honorable Dale A. Drozd. The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Mr. Hernandez' family has been gathering letters and documents to present to the court previous to the sentencing hearing and require additional time to collect all documents. Once

1

counsel receives these documents, she will require time to review and submit these documents to the Court.

      b.      The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: January 15, 2020

                    /s/ Monica L. Bermudez
                    MONICA L. BERMUDEZ
                    Counsel for Defendant
                    EDGAR HERNANDEZ

DATED: January 15, 2020

                    /s/ Thomas Newman
                    THOMAS NEWMAN
                    Assistant United States Attorney

## O R D E R

Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for January 21, 2020, is continued to March 2, 2020, at 10 am.

IT IS SO ORDERED.

Dated: **January 15, 2020**                    Dale A. Drozd
                                                      UNITED STATES DISTRICT JUDGE